

*Morgan F. Bisselle* and *Warren C. Tucker* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS, J. Taking no part: CONWAY, J.

ELIZABETH H. KILMARX, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

SUMNER D. KILMARX, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued May 21, 1948; decided July 16, 1948.

*Frank J. Mahony, C. Austin White* and *Frederick L. Wheeler* for appellant.

*Clarence C. Meleney* and *Malcolm F. Halliday* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.